

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00556-CV

**IN THE INTEREST OF C.L.W.**, S.S.W., and L.M.W., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-15199
Honorable Richard Price, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's award of attorney's fees is REVERSED and the case is REMANDED to the trial court for a new hearing on attorney's fees. The remainder of the trial court's judgment is AFFIRMED. The parties shall bear their own costs of this appeal.

SIGNED December 9, 2015.

_____
Luz Elena D. Chapa, Justice